In the Matter of CORI A. BORUM, Respondent, v DAVID BORUM, Appellant. [901 NYS2d 886]—Appeal from an order of the Family Court, Yates County (W. Patrick Falvey, J.), entered June 22, 2009 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted sole custody of the subject child to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Lindley, Sconiers, Pine and Gorski, JJ.